# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129324(75)

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
        Plaintiff/Counter-
        Defendant-Appellee,

v

WILLIAM KOCH and TERRI KOCH,
        Defendants/Counter-
        Plaintiffs-Appellants,

and

WILLIAM KOCH and TERRI KOCH,
        Third Party-Plaintiffs-Appellants,

v

JAMES MARSH and MICHAEL A. CAPUTO,
        Third Party-Defendants-Appellees.
_____/

SC: 129324
COA: 252659
Calhoun CC: 02-002374-CK

     On order of the Court, the motion for reconsideration of this Court's order of June 21, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

     WEAVER and KELLY, JJ., would grant reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

_____
Clerk

d0821